UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ANDREW G. RICE,

        Plaintiff,

Case No. 1:12-cv-1239

Hon. Hugh W. Brenneman, Jr.

v.

OCWEN LOAN SERVICING, LLC,

        Defendant.
                              /

## **JUDGMENT**

In accordance with the Opinion filed this date:

**IT IS ORDERED** that plaintiff's action be **DISMISSED WITH PREJUDICE** for failure to state a claim.

This case is **concluded**.

Dated: September 24, 2013                  /s/ Hugh W. Brenneman, Jr.
                                                  HUGH W. BRENNEMAN, JR.
                                                  United States Magistrate Judge